IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:15CR3123 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN STEC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After consultation with counsel,

IT IS ORDERED that counsel shall advise me no later than close of business on Monday, March 13, 2017, whether this case will settle. Should the defendant later try to enter a guilty plea, it is very likely that I will deny him three points for acceptance of responsibility given the complexity of this case and the need for everyone to be well prepared.

DATED this 2nd day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge